**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Beatriz CORPORAN–CUEVAS, Defendant–Appellant.**

**No. 01–6994.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 27, 2001.

William Morgan Herring, IV, pro se. James Peeler Smith, Assistant Attorney General, Raleigh, NC, for appellee.

Beatriz Corporan–Cuevas, pro se. John Francis Purcell, Jr., Office of the United States Attorney, Baltimore, MD, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Beatriz Corporan–Cuevas seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Corporan–Cuevas,* Nos. CR–92–409–WMN; CA–00–2665–HNM (D. Md. filed May 18, 2001; entered May 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*